UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM AUGUSTUS WELCH (#199544),

|                | CASE NO. 2:12-CV-13172 |
| Plaintiff,     | JUDGE PAUL D. BORMAN  |
|                | MAGISTRATE JUDGE PAUL J. KOMIVES |

v.

GLENN KUSEY,
BRAD PURVES and
DON SPAULDING,

Defendants,

_____/

### ORDER DISCHARGING THE COURT'S MAY 13, 2013 SHOW CAUSE ORDER (Doc. Ent. 17) and GRANTING DEFENDANTS' MAY 22, 2013 REQUEST (Doc. Ent. 18)

On May 13, 2013, I entered an order (Doc. Ent. 17) order granting plaintiff's October 5,

2012 motion for continuance to permit relevant interrogatories and documents to be obtained in

order to respond to defendants' motion for summary judgment (Doc. Ent. 13) and granting

plaintiff's December 7, 2012 motion for an order compelling discovery (Doc. Ent. 16).  With

respect to plaintiff's motion to compel discovery (Doc. Ent. 16), my order provided that, no later

than Monday, May 27, 2013, defendants were to produce copies of **(a)** the 2009 and 2010

Ramadan menus that were actually served at SRF, **(b)** a copy of the current itemized caloric

chart used by the MDOC that lists the approximate amount of calories that are in the food and

beverage items actually served in the SRF Food Service, and **(c)** a copy of the "dietary reference

intakes approved by the National Research Council" which is referred to in MDOC PD

04.07.100 ¶ G, or show cause why such production was not possible.

On May 22, 2013, defendants filed a response to the show cause order.  Therein, they

stated they have provided plaintiff with the first two items; explain their objection to producing

the third item (the DRI); and request that "they not be required to produce–for free–a copy of the

Dietary Reference Intakes."  Doc. Ent. 18 at 3.

Upon consideration, my May 13, 2013 order (Doc. Ent. 17) is DISCHARGED to the

extent it required defendants to show cause.  Furthermore, defendants' May 22, 2013 request that

they not be required to produce a copy of the DRI for free (Doc. Ent. 18) is GRANTED.

IT IS SO ORDERED.

The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of

fourteen (14) days from the date of service of a copy of this order within which to file an appeal

for consideration by the district judge under 28 U.S.C. § 636(b)(1).

s/ Paul J. Komives
PAUL J. KOMIVES

Dated: June 4, 2013                    UNITED STATES MAGISTRATE JUDGE


**PROOF OF SERVICE**

I hereby certify that a copy of this order was served upon William Welch and Counsel of
Record on this date.

Date: June 4, 2013                s/ Lisa C. Bartlett
                                  Case Manager