UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM AUGUSTUS WELCH (#199544),

       Plaintiff,                                    Case No. 12-cv-13172

                                                  Paul D. Borman
v.                                               United States District Judge
                                                  Paul J. Komives
                                                  United States Magistrate Judge

DON SPAULDING,
GLENN KUSEY, and
BRAD PURVES,

       Defendants.
_____/

OPINION AND ORDER (1) ADOPTING MAGISTRATE JUDGE KOMIVES'S JULY 23, 2013 REPORT AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING AS MOOT BUT FOR REASONS NOT ARTICULATED BY THE MAGISTRATE JUDGE (ECF NO. 31); and
(2) DENYING AS MOOT PLAINTIFF'S MOTION FOR
TEMPORARY RESTRAINING ORDER (ECF NO. 30)

On July 16, 2013, Plaintiff filed a Motion for Temporary Restraining Order. (ECF No. 30.) On July 23, 2013, Magistrate Judge Paul Komives issued a Report and Recommendation. (ECF No. 31.) Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation to deny the motion as moot, not for the reasons articulated by Magistrate Judge Komives, but because Ramadan 2013 has now concluded and this TRO motion is MOOT.

IT IS SO ORDERED.

Dated: September 24, 2013                              s/Paul D. Borman
                                                               PAUL D. BORMAN
                                                                UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 24, 2013.

                                                s/Deborah Tofil
                                                Case Manager